FILED
AUG 04 2009

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOHN BARRON,

                  Plaintiff,

v.

THE ARCHDIOCESE OF PORTLAND
IN OREGON, and THE ROMAN
CATHOLIC ARCHBISHOP OF PORTLAND
IN OREGON, and JOSEPH BACCELLIERI,

                  Defendants.

CV 08-250-PK

OPINION AND
ORDER

PAPAK, Magistrate Judge:

      This action was filed against defendants The Archdiocese of Portland in Oregon (the "Archdiocese"), The Roman Catholic Archbishop of Portland in Oregon (the "Archbishop" and, collectively with the Archdiocese, the "Archdiocesal Defendants"), and Joseph Baccellieri by

Page 1 - OPINION AND ORDER

plaintiff John Barron on February 28, 2008. This court has jurisdiction over plaintiff's action pursuant to 28 U.S.C. § 1334(b), based on the relatedness of these proceedings to *In re Roman Catholic Archbishop of Portland* ("*RCAP*"), 04-37154, a case arising under Title 11 of the United States Code. Specifically, this action is subject to the future claims trust provided for in the Third Amended and Restated Joint Plan of Reorganization (the "Plan") confirmed in *RCAP*, which, in relevant part, sets a $20 million cap on the total funds available to pay all claims made against the Archdiocese through 2023.

Now before the court is the Archdiocesal Defendants' unopposed motion to approve the settlement of this case and to approve payment from the future claims trust (#36). For the reasons set forth below, the motion is granted and the settlement is approved.

The parties underwent mediation of their dispute between January 2009 and June 2009, and reported the settlement of this action as of June 16, 2009. Under the terms of the reported settlement, Barron will receive $675,000 from the future claims trust. Pursuant to section 6.4.5 of the Plan, the parties' settlement, and therefore payment to Barron out of the future claims trust, is subject to this court's approval.

Section 11.8 of the Plan requires that notice of any motion to approve a settlement subject to the future claims trust be served on all plaintiffs with pending or otherwise unpaid claims against any Archdiocesal Defendant, Future Claimants Representative David A. Foraker, and Known Tort Claims Trustee and Future Claims Trustee Union Bank of California. Section 11.8 further provides that all notified parties must be provided at least 20 days (plus an additional 3 days if notice is served by mail) in which to file objections, if any, to any such motion.

On July 10, 2009, the Archdiocesal Defendants served the requisite notice by mail on all

Page 2 - OPINION AND ORDER

of the necessary parties. The period for filing objections to this court's approval of the parties' settlement lapsed August 3, 2009. No objection to this motion has been filed.

In the absence of objection by any interested party, and in consideration of the size of the payments at issue relative to the amount remaining in the future trust fund, I find no reason exists to refuse approval of the parties' settlement. The Archdiocesal Defendants' motion is therefore granted, and the parties' settlement approved.

## CONCLUSION

For the reasons set forth above, the motion to approve the settlement of this case and to approve payment from the future claims trust (#36) is granted, the settlement agreed to by the parties is approved, and payment to Barron of $675,000 from the future claims trust is authorized. A judgment will be prepared.

Dated this 4th day of August, 2009.

_____
Honorable Paul Papak
United States Magistrate Judge